IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CYBIL FISHER, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil No. 3:13-MC-085-K |
| UNITED STATES INTERNAL | § | |
| REVENUE SERVICE, et al., | § | |
| | § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE AND DISMISSING THIS
MISCELLANEOUS ACTION

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The Petition to Quash IRS Third Party Summons is **DENIED** and this case is **DISMISSED** for want of prosecution.

SO ORDERED.

Signed February 11th, 2014.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE